| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | ANDREW G. SCHOPLER |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 236585 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5836 / Fax: (619) 235-2757 |
| | Email: Andrew.Schopler@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0256-L |
| | | ) | |
| 11 | Plaintiff, | ) | |
| | | ) | NOTICE OF APPEARANCE |
| 12 | v. | ) | |
| | | ) | |
| 13 | LEE VAUGHN WALKER, et al. | ) | |
| | | ) | |
| 14 | Defendant. | ) | |

15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18     I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4.

20     The following government attorneys (who are admitted to practice in this court or authorized

21 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22 counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23 activity in this case:

24     <u>Name</u> (If none, enter "None" below)

25     None.

26 //

27 //

28 //

1 | Effective this date, the following attorneys are no longer associated with this case and should
2 | not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):

5 | Name (If none, enter "None" below)

6 | None.

7 | Please call me if you have any questions about this notice.

8 | DATED: February 12, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Andrew G. Schopler*
ANDREW G. SCHOPLER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Andrew.Schopler@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0256-L |
| Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| LEE VAUGHN WALKER, et al. ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

   I, ANDREW G. SCHOPLER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
   I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1.   Mark F. Adams, Esq.  markadamsesq@yahoo.com
   2.   Lynn H. Ball, Esq. lhball@sbcglobal.net,
   3.   Douglas C. Brown, Esq. dcbrow@pacbell.net
   4.   Mary A. Franklin, Esq. gr8lawr21@netzero.com
   5.   Shaun Kohojayan, Esq. shaun@khojayan.com
   6.   Benjamin P. Lechman, Esq. benlechman@hotmail.com
   7.   Stephen D. Lemish, Esq. Slemish785@aol.com
   8.   Mahir Twefik Sherif, Esq. mahirsherif@sbcglobal.net
   9.   Stephen Patrick White, Esq. spw1@sbcglobal.net
   10.  Antonio Yoon, Esq.  antonioyoon@cox.net
   11.  John C. Lemon, Esq.  jlemon@san.rr.com

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

   N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on February 12, 2008.

                              /s/ *Andrew G. Schopler*
                              ANDREW G. SCHOPLER
                              Assistant U.S. Attorney