1  **JOHN C. LEMON**
   California Bar No. 175847
2  **LAW OFFICES OF JOHN C. LEMON, APC**
   1350 Columbia Street, Suite 600
3  San Diego, California 92101
   Telephone: (619) 794-0423
4  email: jlemon@san.rr.com

5  Attorney for **Alexander Weir IV**

6

7

8                         UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10                        **(HONORABLE M. JAMES LORENZ)**

11 UNITED STATES OF AMERICA,              )   Criminal No. 08cr0256-L
                                          )
12              Plaintiff,                )
                                          )   Date:  March 10, 2008
13                                        )   Time:  2:00 p.m.
           v.                             )
14                                        )   **NOTICE OF MOTIONS AND**
   **ALEXANDER WEIR IV (9),**             )   **MOTIONS TO:**
15                                        )
                Defendant.                )   **1) COMPEL DISCOVERY; AND**
16                                        )   **2) JOIN CO-DEFENDANT'S MOTIONS.**
   _____)
17

18 TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
        ANDREW SCHOPLER, ASSISTANT UNITED STATES ATTORNEY.
19

20     **PLEASE TAKE NOTICE** that on March 10, 2008, at 2:00 p.m., or as soon thereafter as counsel

21 may be heard, the defendant, Alexander Weir IV, by and through his attorney, John C. Lemon, will ask this

22 Court to enter an order granting the motions listed below.

23 //

24 //

25 //

26 //

27 //

28

                                        1                                    08cr0256-L

**MOTIONS**

Alexander Weir IV, the accused in this case, by and through his attorney, John C. Lemon, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this court to grant the following motions:

    **1)**    **Compel the production of discovery; and**

    **2)**    **Join his co-defendant's motions.**

These motions are based upon the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: February 15, 2008                  **/s/ John C. Lemon**
                                                   **JOHN C. LEMON**
                                                 Attorney for Alexander Weir IV