# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that he has electronically filed the attached documents. Additionally, a courtesy copy of the documents will be delivered to:

Chambers

Mr. Weir IV

Dated: February 15, 2008

/s/ John C. Lemon
Law Offices of John C. Lemon, APC
1350 Columbia Street, Suite 600
San Diego, CA 92101
(619) 794-0423